**Dismiss and Opinion Filed July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01562-CR
No. 05-15-01563-CR
No. 05-15-01564-CR
No. 05-15-01565-CR

**GENESIS HICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-39416-T, F15-39422-T, F15-39423-T & F15-39424-T**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Francis

The Court has before it appellant's motion for voluntary dismissal of these appeals and to

promptly issue the mandates. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss these appeals. We direct the Clerk to issue the mandates instanter.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

151562F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GENESIS HICKS, Appellant

No. 05-15-01562-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-39416-T.
Opinion delivered by Justice Francis, Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal. We **DIRECT** the Clerk to issue the mandate instanter.

Judgment entered July 13, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GENESIS HICKS, Appellant

No. 05-15-01563-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-39422-T.
Opinion delivered by Justice Francis,
Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal. We **DIRECT** the Clerk to issue the mandate instanter.

Judgment entered July 13, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GENESIS HICKS, Appellant

No. 05-15-01564-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-39423-T.
Opinion delivered by Justice Francis,
Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal. We **DIRECT** the Clerk to issue the mandate instanter.

Judgment entered July 13, 2016_.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GENESIS HICKS, Appellant

No. 05-15-01565-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-39424-T.
Opinion delivered by Justice Francis, Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal. We **DIRECT** the Clerk to issue the mandate instanter.

Judgment entered July 13, 2016.